1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

9  | STRIKE 3 HOLDINGS, LLC,

10  |                    Plaintiff,

11  | vs.

12  | JOHN DOE subscriber assigned IP address
13  | 24.5.198.67,

13  |                    Defendant.

14

15

Case Number: 4:21-cv-03464-HSG

Honorable Haywood S. Gilliam, Jr.

**ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE**

16
17        THIS CAUSE came before the Court upon Plaintiff's e*x-parte* application for entry of

18  an Order extending the time within which to effectuate service on John Doe Defendant with a

19  summons and Complaint and continuance of the Initial Case Management Conference currently

20  scheduled for August 10, 2021, and the Court being duly advised in the premises does hereby:

21        ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until

22  September 20, 2021 to effectuate service of a summons and Complaint on Defendant and the

23  Initial Case Management Conference scheduled for August 10, 2021 is continued to October 19,

24  2021 at 2:00 p.m.

        **DONE AND ORDERED**.

25
26  Dated: _____7/20/2021_____        By:/s/ *Haywood S. Gilliam Jr.*
                                              **United States District Judge**
                                              Hon. Haywood S. Gilliam, Jr.

27
28                                        1